IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 13-00207-01-CR-W-BCW |
| JOSEPH ANTHONY CAMP, | |
| Defendant. | |

## ORDER

Based on Rule 20, this matter was transferred to the Western District of Missouri from the Western District of New York so the defendant could enter a guilty plea. Despite his previous agreement to do so, the defendant failed and refused to enter a guilty plea on June 19, 2013.

Therefore, pursuant to Rule 20(c), the Clerk of the District Court is ORDERED to promptly return to the Western District of New York all papers received from that court.

It is further ORDERED that the Clerk of the District Court shall notify the United States Marshals Service once the transfer to the Western District of New York has been completed.

It is further ORDERED that upon being notified that the transfer to the Western District of New York has been completed, the United States Marshals Service shall transport the defendant to the Western District of New York.

It is further ORDERED that the defendant shall remain in custody pending his transport to the Western District of New York and pending further direction from the Bureau of Prisons regarding execution of the 36-month prison sentence imposed on June 19, 2013, in Case No. 10-00318-01-CR-W-BCW.

Dated: June 20, 2013  /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT